# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Megan Moore, an heir of the Estate : 
of Grace Moore, and titled owner of : 
Luzerne County PIN #: : 
11-E8NW2-013-010-000, : 
             Appellant : 
              : 
          v. : No. 302 C.D. 2013
              : 
Glen Keller, d/b/a REO Property : 
Management, LLC and Luzerne : 
County Tax Claim Bureau : 

## O R D E R

AND NOW this 29th day of August, 2014, IT IS HEREBY ORDERED that the above-captioned opinion filed June 5, 2014, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

 

_____
**BONNIE BRIGANCE LEADBETTER,**
Judge